IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| JOHNATHON BROWNELL, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)    No. 1:11-cv-00979-MV-GBW<br>EMILY MONTOYA, THERESA )<br>MARTINEZ, MICHAEL DREW, )<br>DETENTION OFFICER HENRY, )<br>FORMER SHERIFF RENE RIVERA, )<br>FORMER WARDEN DEREK WILLIAMS )<br>and The VALENCIA COUNTY BOARD )<br>OF COMMISSIONERS, )<br><br>   Defendants. | |

**STIPULATED ORDER**

THIS MATTER comes before the Court upon the stipulation of the parties, as shown by the signatures below, and the Court noting that the parties stipulate to the following:

1. The deadline for Defendants to file a notice of appeal based on qualified immunity regarding the Court's Order on Defendants' Motion for Summary Judgment [Doc. 62] will be extended until 30 days after Plaintiff's Motion to Reconsider is decided by the Court;

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the above stipulations are accepted by the Court and are the order of the Court in this matter.

_____
MARTHA VAZQUEZ
UNITED STATES DISTRICT JUDGE

Approved:


Approved by email 4/23/13
Zackeree S. Kelin
Kelin Law Firm, P.C.
*Attorney for Plaintiff*


Approved by email 4/22/2013
Mary T. Torres
Beall & Biehler
*Attorneys for Defendants Emily Montoya
and Former Sheriff Rene Rivera*


/s/ Brandon Huss
Brandon Huss
Dennis K. Wallin
WALLIN, HUSS & MENDEZ, LLC
*Attorneys for Defendants Jorge Trujillo,
Don Derrick, Michael Drew, Former
Valencia County Detention Center
Warden Derek Williams and The
Valencia County Board of Commissioners*